FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   OCTOBER 7, 2022   *
BROOKLYN OFFICE

DMP:ICR/JGH
F. #2022R00749

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SINMYAH AMERA CEASAR,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**22-CR-459**

**Judge Irizarry**

**Magistrate Judge Kuo**

NOTICE OF MOTION

Criminal Docket No. ____-_____(____)

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant SINMYAH AMERA

CEASAR's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal

Procedure.

Dated:    Brooklyn, New York
         October 7, 2022

                       BREON PEACE
                       United States Attorney
                       Eastern District of New York

By:    _____
                       Ian C. Richardson
                       Josh Hafetz
                       Assistant United States Attorneys
                       (718) 254-6299

Cc:    Clerk of the Court
        Deirdre D. von Dornum, Esq. (by email)
        Samuel I. Jacobson, Esq. (by email)