DMP:ICR/JGH
F. #2022R00749

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

   - against -

SINMYAH AMERA CEASAR,

          Defendant.

------------------------------X

INFORMATION

Cr. No. 22-459 (KAM)
(T. 18, U.S.C., §§ 3146(a)(1),
3146(b)(1)(A)(i), 3146(b)(2), 3147 and
3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## FAILURE TO APPEAR

On or about August 25, 2021, within the Eastern District of New York and elsewhere, the defendant SINMYAH AMERA CEASAR, having been released under chapter 207 of Title 18, of the United States Code, did knowingly and willfully fail to appear before the United States District Court for the Eastern District of New York, as required by the conditions of her release in United States v. Sinmyah Amera Ceasar, Criminal Docket No. 17-48 (KAM) and in United States v. Sinmyah Amera Ceasar, Criminal Docket No. 19-117 (KAM), in which

the defendant is charged with offenses punishable by imprisonment for a term of 15 years or more.

(Title 18, United States Code, Sections 3146(a)(1), 3146(b)(1)(A)(i), 3146(b)(2), 3147 and 3551 et seq.)

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F.#: 2022R00749

FORM DBD-34
JUN. 85

No. 

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

SINMYAH AMERA CEASAR,

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 3146(a)(1), 3146(b)(1)(A)(i), 3146(b)(2), 3147 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

Ian C. Richardson and Josh Hafetz, Assistant U.S. Attorneys
(718) 254-7000