AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 22-CR-459 (KAM) |
| SINMYAH AMERA CEASAR | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/14/2022

_Defendant's signature_

_Signature of defendant's attorney_

Samuel Jacobson
_Printed name of defendant's attorney_

s/KAM
_Judge's signature_

Honorable Kiyo A. Matsumoto, U.S. District Judge
_Judge's printed name and title_