| | |
|---|---|
| **From:** | Richardson, Ian (USANYE) 1 |
| **To:** | Deirdre Vondornum; Hafetz, Joshua (USANYE) |
| **Cc:** | Samuel I Jacobson |
| **Subject:** | RE: Proposed Plea Agt - Ceasar |
| **Date:** | Wednesday, September 14, 2022 12:01:03 PM |

Fed. R. Crim. P. 32.1(a)(6) provides that at the defendant's initial appearance for violation of supervised release "The magistrate judge may release or detain the person under 18 U.S.C. §3143(a)(1) pending further proceedings." Ceasar made her initial appearance before Judge Matsumoto on the VOSR on 11/20/2020 and was released. Pursuant to Rule 32.1(a)(6) that release was "under 18 U.S.C. § 3143(a)(1)" which, as you know, is within Chapter 207, making Ceasar a person "released under this chapter" for purposes of 18 U.S.C. § 3146.

Alternatively, if you prefer the obstruction charge we could do that.

**From:** Deirdre Vondornum <Deirdre_Vondornum@fd.org>
**Sent:** Wednesday, September 14, 2022 11:46 AM
**To:** Hafetz, Joshua (USANYE) <jhafetz@usa.doj.gov>
**Cc:** Richardson, Ian (USANYE) 1 <IRichardson1@usa.doj.gov>; Samuel I Jacobson <Samuel_I_Jacobson@fd.org>
**Subject:** [EXTERNAL] Re: Proposed Plea Agt - Ceasar

We are still digging in but it doesn't look like she was ever released on bail so as to trigger the bail jumping statute. Let me know if you have a different view on that issue

Sent from my iPhone

> On Sep 14, 2022, at 11:42 AM, Hafetz, Joshua (USANYE) <Joshua.Hafetz@usdoj.gov> wrote:
>
> Hi Deirdre,
>
> Have you come to ground on the questions you had re: the plea and entering it next week? As we said, if we have an agreement as drafted, we can add to the agreement the explicit coverage for the obstruction and conspiracy charges.
>
> Thanks,
>
> Josh
>
> **From:** Deirdre Vondornum <Deirdre_Vondornum@fd.org>
> **Sent:** Tuesday, September 6, 2022 5:10 PM
> **To:** Richardson, Ian (USANYE) 1 <IRichardson1@usa.doj.gov>; Hafetz, Joshua (USANYE) <jhafetz@usa.doj.gov>; Samuel I Jacobson <Samuel_I_Jacobson@fd.org>
> **Subject:** [EXTERNAL] Re: Proposed Plea Agt - Ceasar

Thanks, Ian. Some of our concern is straightforward, some as complex as the situation AC finds herself in, and I don't think we can fully sort it all out tonight. We definitely want coverage for the other offenses to be made explicit, so thanks for that, but I also need to do some digging into the question of whether she was actually out on bail at the time of her flight (or just on supervised release) and somewhat relatedly whether as a technical matter she was on supervised release once her original sentence was vacated by CA2.

How about if I write a letter now seeking adjournment for two weeks while we sort out procedural issues?


Deirdre D. von Dornum

(she, her)

Attorney-in-Charge | EDNY

Federal Defenders of New York

deirdre_vondornum@fd.org

mobile: ███████

---

**From:** Richardson, Ian (USANYE) 1 <Ian.Richardson@usdoj.gov>
**Sent:** Tuesday, September 6, 2022 4:55:28 PM
**To:** Deirdre Vondornum; Hafetz, Joshua (USANYE); Samuel I Jacobson
**Subject:** RE: Proposed Plea Agt - Ceasar

Deirdre, if you'd prefer that the plea agreement highlight the other charges she is avoiding by pleading guilty to this I am happy to discuss adding the other charges we could bring (including obstruction and conspiracy) to the coverage paragraph of the plea agreement, our apologies for not including them the first time around. All things considered I think this is a favorable disposition for her.


Thanks,

Ian

**From:** Deirdre Vondornum <Deirdre_Vondornum@fd.org>
**Sent:** Tuesday, September 6, 2022 4:27 PM
**To:** Hafetz, Joshua (USANYE) <jhafetz@usa.doj.gov>; Samuel I Jacobson <Samuel_I_Jacobson@fd.org>
**Cc:** Richardson, Ian (USANYE) 1 <IRichardson1@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Proposed Plea Agt - Ceasar

Josh,

not sure what the plea agreement gets us/her?  It's basically a plea to every open violation plus the new charge plus agreeing to a huge appellate waiver?

how about she pleads to the information sans agreement?  and we can continue to duke the rest out as is our wont.

thanks,

Deirdre

Deirdre D. von Dornum

(she, her)

Attorney-in-Charge | EDNY

Federal Defenders of New York

deirdre_vondornum@fd.org

mobile: 

**From:** Hafetz, Joshua (USANYE) <Joshua.Hafetz@usdoj.gov>
**Sent:** Tuesday, September 6, 2022 12:36:14 PM
**To:** Deirdre Vondornum; Samuel I Jacobson
**Cc:** Richardson, Ian (USANYE) 1
**Subject:** Proposed Plea Agt - Ceasar

Deirdre and Sam:

Following up from my call with Deirdre earlier today, attached here is the proposed cover letter and plea agreement for Ceasar.  As discussed with Deirdre, assuming after you review this you agree that we have an agreement in principle, and that you will need more time before this Thursday to review this with Ceasar, etc., it makes most sense for you to inform the Court that (1) we have an agreement in principle and (2) we jointly request that this week's status conference be briefly adjourned and converted to a Rule 11 plea hearing for a date with the next two to three weeks, subject to the Court's availability.

**Once you've looked at the proposed plea, please confirm that you'll reach out to the Court to request the scheduling change.  Currently, Ceasar is 475'd to appear on Thursday, so we would want to get the adjournment on the books before COB tomorrow to alert the USMS not to bring her.**

Thanks,

Josh

**Josh Hafetz**

Assistant United States Attorney

National Security & Cybercrime
United States Attorney's Office

Eastern District of New York

Desk: ███████

Cell: ███████

joshua.hafetz@usdoj.gov