# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### Eastern District of New York

**UNITED STATES OF AMERICA**

Docket Numbers: **17-cr-48, 19-cr-117 & 22-cr-459**

-v-

**Honorable Kiyo A. Matsumoto**
(District Court Judge)

**SINMYAH AMERA CEASAR**

Notice is hereby given that **Sinmyah Amera Ceasar** appeals to the United States Court of Appeals for the Second Circuit from the:

☒ Judgment   ☐ Order   ☐ Other: _____ (specify)

entered in this action on **4/14/2025**.

Offense occurred after November 1, 1987:  ☒ Yes  ☐ No

The appeal concerns:
☐ Conviction Only
☐ Sentence Only
☒ Conviction and Sentence

**Date:** April 16, 2025

**Daniel Habib, Esq.**
(Counsel for Appellant)

**TO:** Andrew Reich, Esq.
Assistant United States Attorney

**Address:** Federal Defenders of New York, Inc.
52 Duane Street - 9th Floor
New York, NY 10007

**From:** Amera Sinmyah Ceasar
Reg. No. 89767-053
**Samuel Jacobson, Esq.**
**Deirdre von Dornum, Esq.**
Of Counsel

**Tel. No.:** (212) 417-8742

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ► **QUESTIONNAIRE** | ► **TRANSCRIPT ORDER** ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE). |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>  Reason:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: Attach explanation | **Prepare transcript of**     **Dates**<br>☐ Plea Hearing: _____<br>☐ Trial _____<br>☒ Sentence Hearing: **4/09/2025**<br>☐ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)) ► Method of payment ☐ Funds ☐ CJA Form 24 ☒ Federal Defenders of New York, Inc.

*Samuel Jacobson/bp*
**Attorney's Signature**

**Date:** April 16, 2025

► **COURT REPORTER ACKNOWLEDGMENT**   To be completed by Court Reporter and forward to Court of Appeals

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)